# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ROBERT PICKETT and CHRIS FORSMAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>MOUNTAIN WEST FEDERAL CREDIT UNION; HEALTH FORMULA, INC.; and JOHN DOES 1-10,<br><br>      Defendants. | Cause No. 2:21-cv-00061-BMM-JTJ<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

  Plaintiffs Roberta Pickett and Chris Forsman, Defendant Mountain West Federal Credit Union, and Defendant Health Formula, Inc., have filed a Stipulation for Dismissal with Prejudice as to all claims asserted in this action. Based on the parties' stipulation, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney fees.

  DATED this 28th day of March, 2022.

*/s/ Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court

1